ZIMMERMAN v. EAGLE ELEC. MFG., INC.

No. 44PA02

Case below: 147 N.C. App. 748

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 March 2002.